IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Antione S. Lee, | : | |
| Plaintiff | : | Civil Action 2:13-cv-00089 |
| v. | : | Judge Marbley |
| Robert Ross and Sgt. Scott Yonak, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Antione S. Lee, a state prisoner, brings this prisoner civil rights action under 42 U.S.C. § 1983. This matter is before the Court on Magistrate Judge Abel's January 31, 2013 Initial Screening Report and Recommendation recommending that defendants Robert Ross and Sgt. Scott Yonak be DISMISSED. Plaintiff has not filed any objections to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DISMISSES** Robert Ross and Sgt. Scott Yonak. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for defendants Robert Ross and Sgt. Scott Yonak. This action is hereby **DISMISSED.**

    s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge